**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS WILLIAMS,

                    Plaintiff,

-vs-                                    Case No.: 3:12-cv-533-J-99MMH-MCR

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

                    Defendant.
_____

**<u>ORDER</u>**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5;

Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge,

on May 7, 2012.  In the Report, the Magistrate Judge recommends that this action be

transferred to the Ocala Division of the United States District Court for the Middle District of

Florida for all further proceedings.  <u>See</u> Report at 1.  Plaintiff has failed to file objections to

the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of fact are filed, the district court is not required to conduct a <u>de novo</u>

review of those findings.  <u>See Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see

also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de

novo</u>.  <u>See Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United</u>

<u>States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla.  May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.     The Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2.     The Clerk of the Court is directed to transfer this case to the Ocala Division of the United States District Court for the Middle District of Florida for all further proceedings, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record